UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                   :

VICKIE JEFFREYS,                                                   :

                                 Plaintiff,                                     :
                                                                      :               19-CV-4996 (JPC)
                  -v-                                                      :
                                                                      :                   <u>ORDER</u>
ESTEE LAUDER COMPANIES, INC. et al.,              :

                               Defendants.                               :
                                                                      :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       It is hereby ORDERED that the parties shall submit a letter updating the Court on the status of this case by February 5, 2021.  In that letter, the parties should address both the status of discovery and the parties' plan for engaging in private mediation.

       SO ORDERED.

Dated: January 25, 2021
       New York, New York                                              JOHN P. CRONAN
                                                                      United States District Judge