**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

VICKIE JEFFREYS, on behalf of herself and all others
similarly situated,

                              Plaintiff,

                    -against-

THE ESTÉE LAUDER COMPANIES INC., ESTÉE
LAUDER INC., ELC BEAUTY LLC, ELC
MANAGEMENT LLC, and JO MALONE INC.,

                              Defendants.

No. 19-cv-04996 (JPC)

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

This Court, having considered and inspected the Settlement Agreement and Release

between the Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the

settlement is approved; (2) that Plaintiffs' Counsels' application for an award of fees and costs is

approved, and that the above-captioned action is hereby dismissed with prejudice in its entirety

against Defendants with no award of attorneys' fees or costs to any party, other than the approved

application for fees and costs,

                              Respectfully submitted,

By: _____
Wendy J. Mellk, Esq.
Adam S. Gross, Esq.
Gregory S. Slotnick, Esq.

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
*ATTORNEYS FOR DEFENDANTS*

By: _____
Seth R. Lesser, Esq.
Christopher M. Timmel, Esq.

KLAFTER LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573

By: _____
Yongmoon Kim, Esq.

KIM LAW FIRM LLC
411 Hackensack Ave., Suite 701
Hackensack, New Jersey 07601

*ATTORNEYS FOR PLAINTIFFS*

SO ORDERED on this ___27th___ day of ___April_____, 2021.

Hon. John P. Cronan
United States District Judge

4821-3023-6901, v. 2